JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Brockton__    **Category No.** __II__    **Investigating Agency** __ATF__

**City** __Boston__    **Related Case Information:**

**County** __Plymouth__    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _x_ ____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __David Sanders__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __22 Arch Street, Brockton, MA__

Birth date (Year only): __1982__ SSN (last 4 #): __8501__ Sex __M__ Race: __Black__ Nationality: _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Angel Kelley__    **Bar Number if applicable** __# 662107__

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☒ Already in State Custody __Plymouth__ ☐ Serving Sentence ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __4 Counts__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 19, 2007    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) H ___ of 2 or Reverse _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **David Sanders** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 922(g)(1) | Felon In Possession of Firearm & Ammunition | 1 |
| Set 2   21 USC 841(a)(1) | Possession w/ Intent to Distribute Cocaine Base | 2 |
| Set 3   21 USC 841(a)(1) | Possession w/ Intent to Distribute Cocaine | 3 |
| Set 4   21 USC 860(a)(1) | Poss. w/ Intent to Dist. Cocaine Near School | 4 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: