Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** David Sanders                    **Case Number:** 1:07CR10434

**Name of Sentencing Judicial Officer** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** February 26, 2009

**Original Offense:** Felon in Possession of a Firearm, in violation of 18 U.S.C § 922(g)(1); Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C § 841(a)(1); and Possession with Intent to Distribute Cocaine within 1000ft of school, in violation of 21 U.S.C § 860

**Original Sentence:** 180 months of custody followed by 144 months of supervised release

**Type of Supervision:** Term of Supervised Release          **Date Term of Probation Commenced:** November 16, 2021

---

## NON-COMPLIANCE SUMMARY

**Violation Number**        **Nature of Noncompliance**

I.          **Violation of Mandatory Condition: The defendant shall not commit another federal, state, or local crime.**

According to a Lincoln Police Department incident report dated December 27, 2022, Mr. Sanders and his girlfriend, Lyndsay Jones visited a casino in Lincoln, RI, on December 26, 2022. Police responded to the casino for a report of a possible domestic disturbance. Ms. Jones reported she and Mr. Sanders got into a verbal argument as Mr. Sanders refused to leave the casino. Mr. Sanders stated he was trying to get away from Ms. Jones but she would not leave him alone. Mr. Sanders admitted he grabbed Ms. Jones and she fell to the ground. Ms. Jones was adamant that she did not want Mr. Sanders arrested. Ms. Jones was not injured and refused medical attention. Evidence of this violation will be supported by the Lincoln Police Department incident report and officer testimony.

II.          **Violation of Standard Condition: The defendant shall not leave the judicial district without the permission of the court or probation officer.**

According to a Lincoln Police Department incident report dated December 27, 2022, Mr. Sanders visited a casino in Lincoln, RI, on December 26, 2022. Mr. Sanders admitted to visiting Twin River Casino in Lincoln, RI. Evidence of this violation will be supported by the Lincoln Police Department incident report and officer testimony.

U.S. Probation Officer Action: To date, Mr. Sanders has not been formally charged with a crime. Probation has reviewed the travel policy with Mr. Sanders and advised him to discontinue unauthorized out of state travel, which he has agreed. Probation also spoke directly with Ms. Jones who denied being fearful of Mr. Sanders and denied domestic violence within the relationship. Due to the nature of the non-compliance, the U.S. Probation and Pretrial Services Office is not seeking any action from the Court at this time. We will continue to monitor him closely, keep in contact with Ms. Jones and report any further instances of non-compliance to the Court.

Prob 12A                                          -2-                        Report on Offender Under Supervision

Reviewed/Approved by:                                                   Respectfully submitted,

*/s/ Gina Affsa*                                                        */s/ Lacey Francis*
Gina Affsa                                                             by  Lacey Francis
Supervisory U.S. Probation Officer                                        U.S. Probation Officer
                                                                          Date:  01/19/2023

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[   ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

_____
Honorable William G. Young
U.S. District Judge


_____
Date